**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:
**CHRIS CUNNINGHAM**
v.
**JUN HO CARRY OUT**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF CHRIS CUNNINGHAM

```
FILED
March 12, 2008   TG
08cv1481
JUDGE DARRAH
MAGISTRATE JUDGE KEYS
```

| NAME (Type or print) |
|---|
| ALEX HAGELI |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Alex Hageli |

| FIRM |
|---|
| LAW OFFICE OF ALEX M. HAGELI |

| STREET ADDRESS |
|---|
| 435 S CLEVELAND AVENUE, SUITE 306 |

| CITY/STATE/ZIP |
|---|
| ARLINGTON HEIGHTS, IL  60005 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6272337 | 847-392-4832 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐