AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CHRIS CUNNINGHAM

CASE NUMBER:  08CV1481

V.

ASSIGNED JUDGE:   DARRAH

JUN HO CARRY OUT

DESIGNATED
MAGISTRATE JUDGE: KEYS

TO: (Name and address of Defendant)

JUN HO CARRY OUT
789 S. MIDLOTHIAN ROAD
MUNDELEIN, IL 60060

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ALEX HAGELI
LAW OFFICE OF ALEX M. HAGELI
435 S. CLEVELAND AVE., STE. 306
ARLINGTON HEIGHTS, IL  60005

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Njdi bf rflX /!Epccjot -!Drfls!

.................................
)Cz*!EFQVUZ!DMFSL

Nbz!25-!3119

.................................
Ebuf

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### CASE NO. 08CV1481
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Philip Alkhoury**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.

That he served the within:

( **X** ) Summons & Complaint
(     ) Citation to Discover Assets
(     ) Rule to Show Cause
(     ) Subpoena
(     ) Other:

1.     (     ) By leaving a copy with the named party, ------- personally on -------.

2.     (     ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.     ( **X** ) On the within party, **Jun Ho Carry Out** by leaving a copy with **Anora Khudayberdieva**, **Cook and Authorized Person**, on **May 21, 2008**, and informed that person of the contents thereof.

4.     ( **X** ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**          RACE: **Middle Eastern**          APPROXIMATE AGE: **45-50**

5.     ( **X** ) That the place where and the time of day when the documents were served were as follows:

PLACE: **789 S. Midlothian Rd., Mundelein, IL 60060**
TIME OF DAY: **11:40 AM**

6.     (     ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **22**nd day of **May 2008**.

Philip Alkhoury
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11