**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Chris Cunningham
      Plaintiff,

v.              Case No.: 1:08−cv−01481
            Honorable John W. Darrah

Jun Ho Carry Out
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

  MINUTE entry before the Honorable John W. Darrah: Status hearing set for 6/24/08 is re−set to 9/4/08 at 9:00 a.m. Leave is granted for an amended complaint to be filed by 7/1/08. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.