IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| CHRIS CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 1481 |
| | ) | |
| vs. | ) | Judge Darrah |
| | ) | |
| | ) | Magistrate Judge Keys |
| JIM ENG d/b/a JUN HO CARRYOUT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION TO EXTEND TIME TO EFFECT SERVICE**

Plaintiff Chris Cunningham, by and through his attorney, respectfully requests additional time to effect service upon the Defendant. In support of his motion, Plaintiff states as follows:

1. Plaintiff filed the Complaint and sent notice of lawsuit and request for waiver of service of summons on March 12, 2008. Having failed to receive an executed waiver, service was effectuated on Mr. Jim Eng on May 21, 2008 as president of Jun Ho Carryout.

2. In response to the notice, Plaintiff received communication dated June 12, 2008, from counsel for the Defendant that the suit incorrectly identified Defendant as a corporation.

3. Plaintiff filed his First Amended Complaint on August 18, 2008, identifying Defendant as an individual and provided a copy of the First Amended Complaint to defense counsel.

4. Plaintiff now files his motion to extend time to effect service. Federal Rules of Civil Procedure 4(m) provides that if a defendant is not served within 120 days after the complaint is filed, the court must dismiss the action without prejudice or order that serve be made within a specified time. If the plaintiff shows good cause for any such failure, the court must extend the time for service for an appropriate period. Courts have held that a court may enlarge the period of time to effectuate service even where no good cause is shown. *Henderson v. U.S.*, 517 U.S. 654, 662, 116 S.Ct. 1637, 1643 (1996).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Extend Time to Effect Service.

DATED: September 3, 2008        Respectfully submitted,

 

s/ Alex Hageli
Alex Hageli
LAW OFFICE OF ALEX M. HAGELI
435 South Cleveland Avenue, Suite 306
Arlington Heights, IL  60005
(847) 392-4832
alex@hageli.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certified that on September 3, 2008, I electronically filed **Plaintiff's Motion to Extend Time to Effect Service** with the Clerk of the Court using the ECF system and mailed a copy to Jim Eng, c/o Jun Ho Carry Out, 789 S. Midlothian Road, Mundelein, Illinois 60060.

      s/ Alex Hageli

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certified that on September 3, 2008, I electronically filed **Plaintiff's Motion to Extend Time to Effect Service** with the Clerk of the Court using the ECF system and mailed a copy to Jim Eng, c/o Jun Ho Carry Out, 789 S. Midlothian Road, Mundelein, Illinois 60060.

s/ Alex Hageli