IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| CHRIS CUNNINGHAM, | ) |
| Plaintiff, | ) Case No. 08 C 1481 |
| vs. | ) Judge Darrah |
|  | ) Magistrate Judge Keys |
| JIM ENG d/b/a JUN HO CARRYOUT, | ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:   Jim Eng
      c/o Jun Ho Carry Out
      789 S. Midlothian Road
      Mundelein, IL  60060

YOU ARE HEREBY NOTIFIED that at 9:00 a.m. on September 10, 2008, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable John W. Darrah, or any judge sitting in his stead in court room 1203, located at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present the attached **Plaintiff's Motion to Extend Time to Effect Service,** a copy of which is herewith served upon you.

                                                s/ Alex Hageli

Alex Hageli
LAW OFFICE OF ALEX M. HAGELI
435 South Cleveland Avenue, Suite 306
Arlington Heights, IL  60005
(847) 630-5710
alex@hageli.com
**ATTORNEY FOR PLAINTIFF**

2

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certified that on September 3, 2008, I electronically filed the **Notice of Motion** and **Plaintiff's Motion to Extend Time to Effect Service** with the Clerk of the Court using the ECF system and mailed copies of the foregoing to Jim Eng, c/o Jun Ho Carry Out, 789 S. Midlothian Road, Mundelein, Illinois 60060.

      s/ Alex Hageli