## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1481 | **DATE** | 9/10/2008 |
| **CASE TITLE** | Chris Cunningham vs. Jim Eng | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for an extension of time to effect service is granted [12]. Plaintiff to effect service by 12/9/08. Status hearing set for 1/21/09 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|